**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
Western District of North Carolina

Case number (If known): _____

Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

FILED
U.S. Bankruptcy Court
Western District of NC

JUN 1 4 2019
3:10 pm
Steven T. Salata, Clerk
Asheville Division
CET

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy  12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Eden<br>First name<br>Joy<br>Middle name<br>Chambliss<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | Sean<br>First name<br>Patrick<br>Middle name<br>Edmond<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | Eden<br>First name<br>Joy<br>Middle name<br>Bistrican<br>Last name<br><br>Eden<br>First name<br>Joy<br>Middle name<br>Hickman<br>Last name | Sean<br>First name<br>Patrick<br>Middle name<br>Edmond<br>Last name<br><br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 5 3 7 9<br>OR<br>9xx – xx – __ __ __ | xxx – xx – 2 2 3 2<br>OR<br>9xx – xx – __ __ __ |

Official Form 101     Voluntary Petition for Individuals Filing for Bankruptcy     page 1

Debtor 1  **Eden Joy Chambliss**
         First Name  Middle Name  Last Name

Case number (*if known*) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years<br><br>Include trade names and *doing business as* names | ☐ I have not used any business names or EINs.<br><br>E J Francis Residential and Commercial<br>Business name<br><br>My Books & Blogs - Read All About It<br>Business name<br><br>47-1396809<br>EIN<br><br>(47-1987543)<br>EIN<br>83-3989152<br>83-0728013 | ☐ I have not used any business names or EINs.<br><br>E J & E S Patrick, LLC<br>Business name<br><br>_____<br>Business name<br><br>83-0728013<br>EIN<br><br>__-_____<br>EIN |
| 5. Where you live | 7 Wellstone Lane #303<br>Number  Street<br><br>Apartment 303<br><br>Asheville NC 28803    NC    28803<br>City                State  ZIP Code<br><br>Buncombe County<br>County<br><br>**If your mailing address is different from the one above,** fill it in here. Note that the court will send any notices to you at this mailing address.<br><br>NA<br>Number  Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                State  ZIP Code | **If Debtor 2 lives at a different address:**<br><br>7 Wellstone Lane<br>Number  Street<br><br>Apartment 303<br><br>Asheville NC 28803    NC    28803<br>City                State  ZIP Code<br><br>Buncombe County<br>County<br><br>**If Debtor 2's mailing address is different from yours,** fill it in here. Note that the court will send any notices to this mailing address.<br><br>NA<br>Number  Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                State  ZIP Code |
| 6. Why you are choosing *this district* to file for bankruptcy | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 2

Debtor 1  Eden Joy Chambliss
       First Name   Middle Name   Last Name

Case number *(if known)* _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No
- ☐ Yes.  District _____ When __/__/____ Case number _____
  District _____ When __/__/____ Case number _____
  District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes. Debtor _____ Relationship to you _____
  District _____ When __/__/____ Case number, if known _____

  Debtor _____ Relationship to you _____
  District _____ When __/__/____ Case number, if known _____

**11. Do you rent your residence?**

- ☐ No. Go to line 12.
- ☑ Yes. Has your landlord obtained an eviction judgment against you?
  - ☑ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 3

Debtor 1  **Eden Joy Chambliss**
      First Name   Middle Name   Last Name

Case number *(if known)* _____

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☒ Yes. Name and location of business

Health & Wellness Coaching and Consulting By Eden Joy Chambliss
Name of business, if any

4030 Wake Forest Road, STE 349
Number   Street

Raleigh      NC      27609
City      State      ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☒ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes. What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number   Street

_____
City      State      ZIP Code

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 4

Debtor 1  Eden Joy Chambliss
          First Name  Middle Name  Last Name

Case number (if known) _____

# Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.
Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.
Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Eden Joy Chambliss**
First Name   Middle Name   Last Name

Case number (if known) _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.
Tax Debts

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**
- ☑ 1-49  EC
- ☑ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *Eden Joy Chambliss*
Signature of Debtor 1

Executed on 06-14-2019
MM / DD /YYYY

✗ _____
Signature of Debtor 2

Executed on 06-14-2019
MM / DD /YYYY

Official Form 101   **Voluntary Petition for Individuals Filing for Bankruptcy**   page 6

Debtor 1  **Eden Joy Chambliss**  
First Name   Middle Name   Last Name

Case number (*if known*) _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _____   Date _____  
Signature of Attorney for Debtor            MM / DD / YYYY

_____  
Printed name

_____  
Firm name

_____  
Number   Street

_____  
_____  
City                          State    ZIP Code

_____  
Contact phone              Email address _____

_____  
Bar number                 State

---

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 7

Debtor 1  **Eden Joy Chambliss** _____  Case number *(if known)* _____
　　　　　First Name　Middle Name　Last Name

---

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☑ No
☐ Yes. Name of Person _____.
　　　Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X *Eden Joy Chambliss*　　　　　　　　　X *[signature]*
　Signature of Debtor 1　　　　　　　　　　Signature of Debtor 2

Date  06 / 14 / 2019　　　　　　　　　　　Date  06 / 14 / 2019
　　　　MM / DD / YYYY　　　　　　　　　　　　　　MM / DD / YYYY

Contact phone  828-974-4008　　　　　　　Contact phone _____

Cell phone _____　　　　　　　　Cell phone _____

Email address _____　　　　　　Email address _____

Official Form 101　　Voluntary Petition for Individuals Filing for Bankruptcy　　page 8

*Creditor Matrix*

Xfinity Comcast
Acct: 0000000000004772
PO Box 3002
Southeastern, PA 19398-3002

AmeriFinancial Solutions
Acct: 00005788
PO Box 65018
Baltimore, MD 21264-5018

Merrick Bank
PO Box 660702
Dallas, TX 75266-0702

Pace Preferred Auto Exchange
1019 Lawrence Avenue
Ellwood City, PA 16117

Minute Clinic Diagnostic
Attn: 8450Y
PO Box 14000
Belfast, ME 04915-4033

EGS Financial Care, Inc
Acct: 0000000000005069
Synchrony Bank
PO Box 965022
Orlando, FL 32896-5022

Synchrony Bank/ Walmart Card
Acct: 0000-0000-0000-5069
PO Box 530927
Atlanta, GA 30352-0927

First Premier Bank
Acct: 0000-0000-0000-4076
PO Box 5529
Sioux Falls, SD 57117-5529

Carolina Mountain Emergency Medicine PA
PO Box 2370
Indianapolis, IN 46206-2370

Professional Recovery Consultants, Inc.
Mission Hospital
PO Box 603586
Charlotte, NC 28260-3586

Mission Health
PO Box 2090
Morrisville, NC 27560

Capital One
Acct: 0000-0000-0000-1859
PO Box 30285
Salt Lake City, UT 84130

Mission Hospital
PO Box 75378
Charlotte, NC 28275-0378

Professional Recovery Consultants
Acct: 00002946
2700 Meridian Parkway, Suite 200
Durham, North Carolina 27713

Transworld Systems Inc
500 Virginia Dr. Suite 514
Ft. Washington, PA 19034

Merrick Bank
PO Box 660702
Dallas, TX 75266-0702

ARS Collections
8155 Executive Ct Ste 10
Lansing, MI 48917

First Progress
PO Box 9053
Johnson City, TN 37615

Transworld Systems Inc
Acct: 00000248
500 Virginia Dr. Suite 514
Ft. Washington, PA 19034

Mission Health Payment Processing Center
PO Box 26152
Greensboro, NC 27402-6152

Professional Recovery Consultants
2700 Meridian Parkway, Suite 200
Durham, North Carolina 27713

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Verizon Wireless
PO Box 650051
Dallas, TX 75265

Premier Bankcard
3820 N Louise Ave
Sioux Falls, SD 57107

Columbia Gas of Pennsylvania
PO Box 742537
Cincinnati, OH 45274-2537

The Offices of Credit Management, L.P.
Attn: Columbia Gas of Pennsylvania
PO Box 7739
Rochester, MN 55903-7739

Nelnet
PO Box 2970
Omaha, NE 68103-2970

Penn Credit
Attn: Duquesne Light Company
Id: 0000-9466
PO Box 988
Harrisburg, PA 17108-0988

Duke Energy Progress
Acct: 000-000-3941
PO Box 1003
Charlotte, NC 28201-1003

Geico Advantage Insurance Company
Acct: 0000-00-39-18
One Geico Place
Bethesda, MD 20810-0001

Genesis FS Card Services
Acct: 0000-0000-0000-5304
PO Box 4477
Beaverton OR 97076-4477

Mohela
633 Spirit Drive
Chesterfield, MO 63005-1243

Merrick Bank
Acct: 0000-0000-000-2503
PO Box 660702
Dallas, TX 75266-0702

First Premier Bank
Acct: 0000-0000-0000-0108
PO Box 5519
Sioux Falls, SD 57117-5519

Genesis FS Card Services
Acct: 0000-0000-0000-5304
PO Box 84059
Columbus, GA 31908

Mission Health Mission Hospital
Acct: 000000000-8346
PO Box 75378
Charlotte, NC 28275-0378

Geico Indemnity Company
Acct: 0000-00-39-18
One Geico Center
Macon, GA 31296-0001

West View Water Authority
Acct: 00000-0000000-009
210 Perry Highway
Pittsburgh, PA 15229

Asheville Radiology Associates
Acct: 001934
PO Box 678948
Dallas, TX 75267-8948

Jordan Tax Service, Inc.
Attn: Sewage Bill Borough of Avalon
Acct: 00000000000-0009
102 Rahway Road
McMurray, PA 15317-3349

Stratford Career Institute
1 Champlain Commons, Unit 3
PO Box 1560
St. Albans, VT 05478-5560

Carolina Mountain Emergency Medicine, PA
Acct: 000000-0XCM1

PO Box 2370
Indianapolis, IN 46206-2370

Commenity Victoria Secret
Acct: 0000-0000-0000-8361
PO Box 659728
San Antonio, TX 78265-9728

Capital One
Acct: 0000-0000-0000-7417
PO Box 30285
Salt Lake City, UT 84130

Mission Health  Mission Hospital
Acct: 000000000-9064
PO Box 75378
Charlotte, NC 28275-0378

The Offices of Credit Management, LP
Attn: Charter Communications
Acct: 000000000008436
PO Box 118288
Carrollton, TX 75011-8288

Capital One Bank USA
Acct: Business Credit Card
PO Box 30285
Salt Lake City, UT 84130

Berrington Village
1 Overton Way
Asheville, NC 28803

Spectrum
Acct: 00000000000008436
1600 Dublin Road
PO Box 742614
Cincinnati, OH 45274-2614

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024

Professional Recovery Consultants, INC.
Acct: 00004196
PO Box 603586
Charlotte, NC 28260-3586

Southwest Credit
Attn: Comcast
Acct: 0000000000008105
4120 International Parkway, Suite 1100
Carrolton, TX 75007-1958

Discover
Acct: 00000000004496
PO Box 71084
Charlotte, NC 28272-1084

Uhaul Moving and Storage of Pittsburgh
Acct: 00004306
3000 Liberty Avenue
Pittsburgh, PA 15201

Walmart/Synchrony Bank
Acct: 0000-0000-0000-5215
PO Box 530927
Atlanta, GA 30353-0927

Fingerhut Advantage
Acct: 0000-0000-0000-7232
PO Box 70281
Philadelphia, PA 19176-0281

Amazon/Synchrony Bank
Acct: 0000-0000-0000-1079
PO Box 960013
Orlando, FL 32896-0013

Aarons
1298 Patton Avenue
Asheville, NC 28806

BP/Synchrony Bank
Acct: 0000-0000-0000-1455
PO Box 530942

Atlanta, GA 30353-0942

Paypal Credit
Acct: 0000-0000-0000-0921
PO Box 71202
Charlotte, NC 28272-1202

One Main Financial
Acct: 00003163
PO Box 64
Evansville, IN 44701-0064

Aarons
800 Fairview Road Ste B
Asheville, NC 28803

First National Credit Card
Acct: 0000-0000-0000-3672
PO Box 5097
Sioux Falls, SD 57117-5097

Capital One
4795 Meadow Wood Lane, Suite 200
Chantilly, VA 20151

Target Card Services
Acct: 0000-0000-0000-9128
PO Box 660170
Dallas, TX 75266-0170

Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, Ut 84130

IC System
Attn: Verizon
PO Box 64437
St Paul, MN 55164-0437

Resurgent Capital Services
Attn: LVNV Funding LLC Credit One
Acct: 000--0000-0000-8250

PO Box 1410
Troy, MI 48099-1410

Indiana Wesleyan University
Attn: Bursar Office Student Accounts
1900 W. 50th Street
Marion, IN 46953

Duquesne University
Attn: Bursar Office Student Accounts
600 Forbes Avenue
Pittsburgh, PA 15282

Robert Morris University
Attn: Bursar Office Student Accounts
6001 University Boulevard
Moon Township, PA 15108-1189

The Pennsylvania State University
Attn: Bursar Office Student Accounts
201 Shields Building
University Park, PA 16802

First National Credit Card
500 E 60th Street N
Sioux Falls, SD 57104-0478

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

First Progress Card
PO Box 84010
Columbus, GA 31908

Mid America B&T Genesis
PO Box 4499
Beaverton, OR 97076

First Premier Bank
Acct: 0000-0000-0000-5641
PO Box 5519
Sioux Falls, SD 57117-5519

Duquesne Light
Acct: 0000-000-037
411 Seventh Avenue, MD 6-1
Pittsburgh, PA 15230-1930

T Mobile
12920 SE 38th Street
Belleview, WA 980006

First National Credit Card
PO Box 5097
Sioux Falls, SD 57117-5097

Bull City Financial Solutions, Inc.
Attn: Buncombe County EMS
2609 N Duke St Ste 500
Durham, NC 27704

Carson Smithfield LLC
Acct: 0000000000004734
PO Box 660397
Dallas, TX 75266-0397

EGS Financial Care, Inc.
Attn: Amazon Store Card
PO Box 960013
Orlando, FL 32896-0013

Pa Municipal Service Co
336 Delaware Ave Sept W-83
Oakmont, Pa 15139-2138

Southwest Credit System, LP
Acct: 00000410
PO Box 650543
Dallas, TX 75265-0543

T Mobile
Acct: 000004158
PO Box 742596
Cincinnati, OH 45274-2596

Penn Credit Corporation
916 S 14th St
Harrisburg, PA 17108-0988

Online Information Services, Inc.
Acct: 00006890
PO Box 1489
Winterville, NC 28590-1489

Buncombe County EMS
Acct: 00007607
PO Box 863
Lewisville, NC 27023-0863

IC System
Acct:0000000000008436
PO Box 64378
Saint Paul, MN 55164-0378

Carolina Mountain Emergency Medicine
Acct: 00004770
PO Box 65018
Baltimore, MD 21264-5018

Carson Smithfield LLC
Acct: 0000000000004734
PO Box 9216
Old Bethpage, NY 11804

ReMax Select Realty
Attn: Larry Rau
1500 Village Run Road, Ste 314
Wexford, PA 15090

Helvey & Associates, Inc.
1401 Kings Hwy
Winona Lake, IN 46590-1520

Brock & Scott, PLLC
Attorneys for Plaintiff Target Bank
1315 Westbrook Plaza Drive
Winston-Salem, NC 27103

Penn Credit Corporation
Acct: 00009466
916 S 14th St
Harrisburg, PA 17108-0988

Mission Hospital
PO Box 75378
Charlotte, NC 28275-0378

Mission Health
PO Box 2090
Morrisville, NC 27560

First Premier Bank
Acct: 0000-0000-0000-0108
PO Box 5519
Sioux Falls, SD 57117-5519

Spectrum
4145 S Falkenburg Rd
Riverview FL, 33578-8652

The Green Law Firm, P.C
Attn: Jay B Green
908 E Edenton Street
Raleigh, NC 27601