**CERTIFICATION OF VITAL RECORD**

# STATE OF NORTH CAROLINA
## BUNCOMBE COUNTY
### OFFICE OF REGISTER OF DEEDS

FILED
U.S. Bankruptcy Court
Western District of NC

JUN 1 4 2019

Steven T. Salata, Clerk
Asheville Division
CET

## APPLICATION, LICENSE AND CERTIFICATE OF MARRIAGE

STATE OF NORTH CAROLINA
DEPARTMENT OF HEALTH AND HUMAN SERVICES - N.C. VITAL RECORDS

License Number: 152 808
County: Buncombe

**APPLICANT 1**
- 1a. Name: SEAN PATRICK EDMOND
- 1c. Gender: M
- 2a. Residence-State: NORTH CAROLINA
- 2b. County: BUNCOMBE
- 2c. City, Town, or Location: ASHEVILLE
- 2d. Inside City Limit: No
- 2e. Street and Number: 7 WELLSTONE LANE
- 3. Birthplace (County & State): PA
- 4a. Date of Birth: 3/4/1971
- 4b. Age: 48
- 5a. Parent's Name at Parent's Birth: RITA HETZER
- 5b. State of Birth: PA
- 5c. Address (if Living): DECEASED
- 6a. Parent's Name at Parent's Birth: JOSEPH EDMOND
- 6b. State of Birth: PA
- 6c. Address (if Living): CALCUTTA, OH
- 7. Race: CAUCASIAN
- 8. Number of This Marriage: SECOND
- 9a. Last Marriage Ended By: DIVORCE
- 9b. Date: 9 / 2017
- 10. Education: College 4

**APPLICANT 2**
- 11a. Name: EDEN JOY CHAMBLISS
- 11b. Last Name Prior to First Marriage: EDEN CHAMBLISS
- 11c. Gender: F
- 12a. Residence-State: NORTH CAROLINA
- 12b. County: BUNCOMBE
- 12c. City, Town, or Location: ASHEVILLE
- 12d. Inside City Limits: No
- 12e. Street and Number: 7 WELLSTONE LANE
- 13. Birthplace (County & State): PA
- 14a. Date of Birth: 2/28/1971
- 14b. Age: 48
- 15a. Parent's Name at Parent's Birth: LINDA ELAINE GERDICH
- 15b. State of Birth: PA
- 15c. Address (if Living): SALISBURY, NC
- 16a. Parent's Name at Parent's Birth: JERRY DON CHAMBLISS
- 16b. State of Birth: TX
- 16c. Address (if Living): BELLE VERNON, PA
- 17. Race: CAUCASIAN
- 18. Number of This Marriage: FOURTH
- 19a. Last Marriage Ended By: DIVORCE
- 19b. Date: 2 / 2019
- 20. Education: College 8

WE HEREBY MAKE APPLICATION TO THE REGISTER OF DEEDS FOR A MARRIAGE LICENSE AND SOLEMNLY SWEAR THAT ALL OF THE STATEMENTS CONTAINED IN THE ABOVE APPLICATION ARE TRUE. WE FURTHER MAKE OATH THAT THERE IS NO LEGAL IMPEDIMENT TO SUCH MARRIAGE.

Signature of Applicant 1
Signature of Applicant 2

Doc ID - 032319500001

To any ordained minister of any religious denomination, minister authorized by a church, federally or state recognized Indian nation or tribe, magistrate, or any other person authorized to solemnize a marriage under the laws of this State, you are hereby authorized, at any time within 60 days from the date hereof, to celebrate the proposed marriage at any place within this State. The minister or other person celebrating this marriage is required within 10 days to return this license to the Register of Deeds who issued the license. Failure to do so subjects person celebrating marriage to a forfeiture of $200.00 to anyone who sues for the same.

SWORN TO AND SUBSCRIBED BEFORE ME THIS May 14, 2019
Drew Reisinger, REGISTER OF DEEDS
DEPUTY/ASSISTANT

**OFFICIANT**
- 21a. I certify that the above named persons were married on: 05 / 17 / 19
- 21b. Place of Marriage - County: Buncombe
- 21c. Signature of Officiant
- 21d. Title: Magistrate
- 21e. Name of Officiant (Print/Type): Joseph Kirby
- 21f. Address: Court Plaza, Asheville

**WITNESSES**
- 22a. Signature of Witness
- 22b. Name of Witness (Print/Type): Arlene Gibson
- 22c. Address of Witness: [illegible], NC
- 23a. Signature of Witness
- 23b. Name of Witness (Print/Type): Bethany Smith
- 23c. Address of Witness: 111 Mockingbird Circle, Asheville, NC 28806

DATE RETURNED TO REGISTER OF DEEDS: 5-17-2019
RECEIVED BY: Deborah J. Worley, Deputy

DHHS 2132
N.C. VITAL RECORDS (Revised 11/2016)

**REGISTER OF DEEDS COPY**

Volume 152    Page 808

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

**Drew Reisinger**
Register of Deeds
Buncombe County

Witness my hand and official seal this the 17th day of May 2019

By: Deborah J. Worley
Deputy/Assistant Register of Deeds

DHHS 3914 (REVISED 5/09) NC VITAL RECORDS

Any alteration or erasure voids this certificate. Do not accept unless on security paper with Register of Deeds seal clearly embossed in left corner.