FILED
U.S. Bankruptcy Court
Western District of NC

JUN 1 4 2019

Steven T. Salata, Clerk
Asheville Division
CET

19-10237

Certificate Number: 02998-NCW-CC-000195379

# Certificate of Counseling

I CERTIFY that on 6/11/2019, at 12:31 PM Eastern Time, <u>Eden Chambliss</u> received from <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, an agency approved pursuant to</u> 11 U.S.C. § 111 to provide credit counseling in the western district of North Carolina, an individual [or group] briefing that complied with the provisions of 11 U.S.C § 109(h) and 111. A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

The counseling session was conducted by internet.

By:    Erick Clark

Title:    <u>Certified Credit Counselor</u>

Date:    6/11/2019

*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, development through the credit counseling agency. See 11 U.S.C. §§ 109 (h) and 521 (b).

Certificate Number: 02998-NCW-CC-000192232

# Certificate of Counseling

I CERTIFY that on 6/11/2019, at 12:31 PM Eastern Time, Sean Edmond received from Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the western district of North Carolina, an individual [or group] briefing that complied with the provisions of 11 U.S.C § 109(h) and 111. A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

The counseling session was conducted by internet.

By:     Erick Clark

Title:  Certified Credit Counselor

Date:  6/11/2019

*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, development through the credit counseling agency. See 11 U.S.C. §§ 109 (h) and 521 (b).