

## UNITED STATES BANKRUPTCY COURT
### Western District of North Carolina
### Asheville Division

Case No. 19–10237
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Eden Joy Chambliss
    aka Eden Joy Bistrican, aka Eden Joy Hickman, aka My Books & Blogs– Read All About It, dba E J Francis Residential and Commercial
7 Wellstone Lane #303
Apartment 303
Asheville, NC 28803
Social Security No.: xxx–xx–5379
Debtor EIN:
47–1396809, 47–1987543, 83–3989152, 83–0728013

Sean Patrick Edmond
    aka Sean Patrick Edmond, dba E J & E S Patrick, LLC
7 Wellstone Lane
Apartment 303
Asheville, NC 28803
Social Security No.: xxx–xx–2232
Joint Debtor EIN:83–0728013

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Voluntary Petition Under Chapter 7 filed in the above referenced case on 06/14/2019 as document # 1 is defective for the reason(s) marked below:

    Document(s) filed do not comply with Federal Bankruptcy Rule 9037–Privacy Protection. Account Numbers on Creditor Matrix

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: June 14, 2019

                    Steven T. Salata
                    Clerk of Court

Electronically filed and signed (6/14/19)