United States Bankruptcy Court
Western District of North Carolina

In re:  
Eden Joy Chambliss  
Sean Patrick Edmond  
     Debtors

Case No. 19-10237-grh  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0419-1     User: truesdale     Page 1 of 1     Date Rcvd: Jun 14, 2019  
                            Form ID: 273       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.  
db/db        +Eden Joy Chambliss,   Sean Patrick Edmond,   7 Wellstone Lane #303,   Apartment 303,  
                Asheville, NC 28803-4540

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:  
NONE.                                                                                     TOTAL: 0



**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Asheville Division**

Case No. 19−10237
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Eden Joy Chambliss
   aka Eden Joy Bistrican, aka Eden Joy Hickman, aka My Books & Blogs− Read All About It, dba E J Francis Residential and Commercial
7 Wellstone Lane #303
Apartment 303
Asheville, NC 28803
Social Security No.: xxx−xx−5379
Debtor EIN:
47−1396809, 47−1987543, 83−3989152, 83−0728013

Sean Patrick Edmond
   aka Sean Patrick Edmond, dba E J & E S Patrick, LLC
7 Wellstone Lane
Apartment 303
Asheville, NC 28803
Social Security No.: xxx−xx−2232
Joint Debtor EIN:83−0728013

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

   Form 106 − Individual Summary of Schedules
   Schedules A−J
   Declaration Concerning Schedules
   Statement of Financial Affairs
   Form 8 (Statement of Intention)
   Chapter 7 Statement of Income and Means Test

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court.

Dated: June 14, 2019

Steven T. Salata
Clerk of Court

Electronically filed and signed (6/14/19)