FILED
U.S. Bankruptcy Court
Western District of NC

AUG 2 3 2019

Steven T. Salata, Clerk
Asheville Division
CET

Certificate Number: 02998-NCW-DE-022291209175379

Bankruptcy Case Number: 19-10237

# Certificate of Debtor Education

I CERTIFY that on 8/15/2019, at 9:27 pm Eastern Time, **Eden J Chambliss** completed a course on personal financial management given by internet by **Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course**, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the western district of North Carolina.

By: /s/ Terri Everett

Title: Certified Credit Counselor

Date: 8/16/2019

*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, development through the credit counseling agency. See 11 U.S.C. §§ 109 (h) and 521 (b).

Certificate Number: <u>02998-NCW-DE-022291209172232</u>

Bankruptcy Case Number: 19-10237

# Certificate of Debtor Education

I CERTIFY that on 8/15/2019, at 9:27 pm Eastern Time, <u>**Sean P Edmond**</u> completed a course on personal financial management given by internet by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the western district of North Carolina.

By:  /s/ Terri Everett

Title:  <u>Certified Credit Counselor</u>

Date:  8/16/2019

*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, development through the credit counseling agency. See 11 U.S.C. §§ 109 (h) and 521 (b).