**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Eden | Joy | Chambliss |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Sean | Patrick | Edmond |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of North Carolina

Case number (If known): 19-10237

FILED
U.S. Bankruptcy Court
Western District of NC

SEP 0 6 2019

Steven T. Salata, Clerk
Asheville Division
CET

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Toyota Yaris<br>Line from Schedule A/B: 3.1 | $0 | ☑ $ 3500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Secured Debt - Asking for |
| Brief description: Mazda 3<br>Line from Schedule A/B: 3.2 | $0 | ☑ $ 3500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Secured Debt - Asking for surrendering the vehicle |
| Brief description: Personal and Household<br>Line from Schedule A/B: 15 | $4600 | ☐ $ 10000.00<br>☑ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601 (a)(4); N.C. Gen. Stat. § 1C-1601 (d) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C        Schedule C: The Property You Claim as Exempt        page 1 of __

Debtor 1  Eden Joy Chambliss
         First Name   Middle Name   Last Name

Case number (if known) 19-10237

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Financial Assets<br>Line from Schedule A/B: 36 | $15300 | ☑ $5500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NC 1C-1601(a)(2) |
| Brief description: Financial Assets<br>Line from Schedule A/B: 16-17 | $590.00 | ☑ $5500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NC 1C-1601(a)(2) |
| Brief description: Financial Assets<br>Line from Schedule A/B: *Life Insurance Policies Are Changing* | $270000.00 | ☐ $270000.00<br>☑ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 58-58-165;<br>N.C. Gen. Stat. § 1C-1601(a)(6);<br>N.C. |
| Brief description: Tools of the Trade<br>Line from Schedule A/B: 45 | $250.00 | ☑ $2000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NC 1C-1601(a)(5) |
| Brief description: Fishing Equipment<br>Line from Schedule A/B: 52 | $60.00 | ☐ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C          Schedule C: The Property You Claim as Exempt          page 2 of __

Fill in this information to identify your case:

Debtor 1: Eden Joy Chambliss
First Name    Middle Name    Last Name

Debtor 2: Sean Patrick Edmond
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Western District of North Carolina

Case number (If known): 19-10237

☑ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7   12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Capital One Auto<br>Description of property securing debt: Toyota Yaris IA | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☑ Yes |
| Creditor's name: Preferred Auto Exchange<br>Description of property securing debt: Mazda 3 | ☑ Surrender the property. (circled)<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☑ Yes |
| Creditor's name: Aarons<br>Description of property securing debt: Furniture | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: Paid Cash Value - Same as cash price | ☐ No<br>☑ Yes |
| Creditor's name:<br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

Debtor 1  **Eden Joy Chambliss**
First Name   Middle Name   Last Name

Case number (if known) 19-10237

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Berrington Village Apartments | ☐ No |
| Description of leased property: Apartment | ☑ Yes |
| Lessor's name: Aarons | ☐ No |
| Description of leased property: Furniture - paid same as cash - lease is disputed and debtor 1 owns the property. | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X *Eden Joy Chambliss* (signature)    X *S-EKP* (signature)
Signature of Debtor 1    Signature of Debtor 2

Date 9/6/2019    Date 9/6/2019
MM/DD/YYYY    MM/DD/YYYY

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 2

**Fill in this information to identify your case:**

Debtor 1 _Eden Joy Chambless_
(First Name) (Middle Name) (Last Name)

Debtor 2 _Sean Patrick Edmond_
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: _WDNC_ District of _Asheville_

Case number _19-10237_
(If known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _Eden Joy Chambless_           X _____
Signature of Debtor 1                Signature of Debtor 2

Date _9/6/2019_                       Date _____
     MM / DD / YYYY                       MM / DD / YYYY

Official Form 106Dec            Declaration About an Individual Debtor's Schedules