FILED
U.S. Bankruptcy Court
Western District of NC

SEP 17 2019

Steven T. Salata, Clerk
Asheville Division

September 17, 2019

Notice Of Federal Bankruptcy Hearing
Bankruptcy Case: 19-10237
Eden Chambliss and Sean Edmond

To Whom It May Concern: Preferred Auto Credit Exchange (PACE) and Goodwheels

There will be a hearing held on **Oct 8, 2019** at **10:00** at this location **100 Otis Street, Asheville NC 28801** in reference to the surrendering or obtaining a clear and clean title of the Mazda 3 2005 for Sean Patrick Edmond.

On June 14, 2019, Eden Chambliss informed Joann at Goodwheels that Sean Patrick Edmond and myself entered into Chapter 7 bankruptcy at the Western North Carolina Federal Bankruptcy Court, Asheville, Nc 28801 with the federal case number 19-10237. Sean and Eden both asked for a written redemption agreement to be completed and forwarded to us for Sean's written signature and then filed with the court. Pace and Goodwheels refused to write the agreement.

Throughout this bankruptcy case, Goodwheels and Pace have contacted both Sean and myself requesting payment and refusing to write a written redemption agreement. In August, Sean was asked to take his vehicle to have it assessed at Kings Auto Sales LLC on Hendersonville Road, Arden NC, which Sean and I complied with the request. His vehicle was assessed and the information forwarded to PACE and Goodwheels.

Joann from Goodwheels called Eden regarding the August vehicle assessment and appraisal stating, "We want $1000.00 for the vehicle, and we will release the title. We are not going to hire an attorney to write a redemption agreement - according to the owners - it is a take it or leave it deal." Joann continued to say that they would not reposs the vehicle either; instead, it would remain in Sean's name and PACE would maintain the title.

As a result of these communication exchanges between PACE, Goodwheels, Sean and Eden - the debtors are requesting surrendering the vehicle at PACE's expense, or providing the debtor (Sean Patrick Edmond) with a CLEAR and FREE vehicle title so he does not have to pay more than the value of the car's worth.

The debtor's are also requesting the court to review voicemail messages left on the debtor's cell phones of both Joann and Brooke's messages, which violated the automatic stay under bankruptcy code and laws - this has caused considerable distress to the debtor - for their unwillingness to abide by the law governed under bankruptcy rules and codes..