# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| IN RE: )  | |
|    EDEN JOY CHAMBLISS ) | CHAPTER 7 |
|    SEAN PATRICK EDMOND ) | CASE NO.:  19-10237 |
| ) | |
| **Debtors** ) | |
| ) | |

## PREFERRED AUTO CREDIT EXCHANGE, INC.'S RESPONSE AND REQUEST FOR HEARING ON DEBTORS' MOTION TO SURRENDER

Preferred Auto Credit Exchange, Inc. ("PACE"), a creditor in this bankruptcy case, by and through its undersigned counsel, respectfully submits this response and request for hearing on the Debtors' *pro se* Motion to Surrender [Doc. No. 29]. In support of this response, PACE would show the Court that it needs additional time to review the motion with its counsel. PACE reserves the right to amend and/or supplement this response based on the discovery of additional facts.

WHEREFORE, based on the foregoing, PACE requests that the Court set this matter for hearing and, at said hearing, grant it such relief as the Court deems just and proper.

THIS the 30th day of September, 2019.

                                                                       ROBERTS & STEVENS, P.A.

                                                                       /s/ Elizabeth T. Dechant
                                                                       ELIZABETH T. DECHANT
                                                                       N.C. Bar No. 44855
                                                                       P. O. Box 7647
                                                                       Asheville, NC 28802
                                                                       Telephone: (828) 252-6600
                                                                       Facsimile:  (828) 253-7200
                                                                       edechant@roberts-stevens.com

                                                                       *Attorney for Preferred Auto Credit Exchange, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing RESPONSE AND REQUEST FOR HEARING was filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for such electronic service. Entities not registered for electronic service have been served by depositing a copy thereof in the United States mail, postage pre-paid:

> Eden Joy Chambliss
> Sean Patrick Edmond
> 7 Wellstone Lane, Apt. 303
> Asheville, NC  28803
>
> John W. Taylor
> John W. Taylor, P.C.
> 4600 Park Rd., Suite 420
> Charlotte, NC  28209
> *Service via CM/ECF*

Dated: September 30, 2019.

s/ Elizabeth T. Dechant
Elizabeth T. Dechant

R&S 2305638_1

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
|    **EDEN JOY CHAMBLISS** ) | **CHAPTER 7** |
|    **SEAN PATRICK EDMOND** ) | **CASE NO.: 19-10237** |
| ) | |
|    **Debtors** ) | |
| ) | |

## NOTICE OF HEARING

**TAKE NOTICE** that the undersigned counsel for the Creditor making the Response and Request for hearing on the Debtors' Motion to Surrender attached will call on the attached for a hearing at 10:00 A.M. on the 8th day of October 2019, in the United States Bankruptcy Court in Asheville at 100 Otis Street, Room 112, the same to be held as soon thereafter as the Court will hear the same.

THIS the 30th day of September, 2019.

                                                                                              ROBERTS & STEVENS, P.A.

                                                                    /s/ Elizabeth T. Dechant
                                                                    ELIZABETH T. DECHANT
                                                                    N.C. Bar No. 44855
                                                                    P. O. Box 7647
                                                                    Asheville, NC 28802
                                                                    Telephone: (828) 252-6600
                                                                    Facsimile: (828) 253-7200
                                                                    edechant@roberts-stevens.com

                                                                   *Attorney for Preferred Auto Credit Exchange, Inc.*

R&S 2305638_1

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Hearing was filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for such electronic service. Entities not registered for electronic service have been served by depositing a copy thereof in the United States mail, postage pre-paid:

Eden Joy Chambliss
Sean Patrick Edmond
7 Wellstone Lane, Apt. 303
Asheville, NC  28803

John W. Taylor
John W. Taylor, P.C.
4600 Park Rd., Suite 420
Charlotte, NC  28209
*Service via CM/ECF*

Dated: September 30, 2019.

s/ Elizabeth T. Dechant
Elizabeth T. Dechant

R&S 2305638_1