FILED & JUDGMENT ENTERED
Steven T. Salata

October 11 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| **EDEN JOY CHAMBLISS** ) | Chapter 7 |
| **SEAN PATRICK EDMOND,** ) | Case No. 19-10237 |
| ) | |
| Debtors. ) | |

**ORDER GRANTING DEBTORS' MOTION TO SURRENDER**

**THIS MATTER** is before the court on the pro se Debtors' Motion to Surrender (the "Motion") a 2005 Mazda 3 to Preferred Auto Credit Exchange. The court held a hearing on the Motion on October 8, 2019, and both the Debtors and counsel for the creditor, Preferred Auto Credit Exchange, were present. The parties informed the court that they had reached an agreement to allow the Debtors to surrender the vehicle. Therefore, the Motion is **GRANTED**.

**SO ORDERED.**

This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.

United States Bankruptcy Court