FILED & JUDGMENT ENTERED
Steven T. Salata

October 17 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

In re:                              )
                                    )
**EDEN JOY CHAMBLISS**              )
**SEAN PATRICK EDMOND,**            )    Chapter 7
                                    )    Case No. 19-10237
                Debtors.            )
_____)

**ORDER DENYING DEBTORS' MOTION AS MOOT**

**THIS MATTER** is before the court on the pro se Debtors' September 6, 2019 motion to Amend Schedule C and Delay Discharge (the "Motion"). The Debtors sought court approval to increase the value of their claimed exempt property to $270,000 due to the male Debtor obtaining a new life insurance policy, and also requested that the court not issue a discharge until it approved a reaffirmation agreement with AIS Portfolio Services, LP.[1]

The court held a hearing on the Motion on October 8, 2019, and the Debtors and the Chapter 7 Trustee were present. The female

---

[1] AIS Portfolio Services, LP served as the bankruptcy servicer for Capital One Auto Finance, the creditor listed on the reaffirmation agreement.

Debtor informed the court that the male Debtor obtained the life insurance policy post-petition, and the Chapter 7 Trustee noted that, because the policy was obtained post-petition, the Motion as related to the policy was unnecessary. Additionally, the court approved the reaffirmation agreement referenced in the Motion on October 8, 2019. Therefore, the Debtors' Motion is moot, and is **DENIED.**

    **SO ORDERED.**

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order. | United States Bankruptcy Court |