**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Eden Joy Chambliss | Social Security number or ITIN  xxx–xx–5379 |
| | First Name  Middle Name  Last Name | EIN  47–1396809, 47–1987543, 83–3989152, 83–0728013 |
| Debtor 2 (Spouse, if filing) | Sean Patrick Edmond | Social Security number or ITIN  xxx–xx–2232 |
| | First Name  Middle Name  Last Name | EIN:  83–0728013 |

United States Bankruptcy Court   Western District of North Carolina

Case number:   19–10237

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- John W. Taylor is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 7 case of the above named debtor is closed.
- Trustee's Final Report is Approved.

Dated: November 5, 2019
BY THE COURT


George R. Hodges

United States Bankruptcy Judge


Electronically filed and signed (11/5/19)