United States Bankruptcy Court
Western District of North Carolina

In re:  
Eden Joy Chambliss  
Sean Patrick Edmond  
      Debtors

Case No. 19-10237-grh  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0419-1     User: AutoDkt     Page 1 of 1     Date Rcvd: Nov 05, 2019  
                       Form ID: 150     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2019.  
db            +Sean Patrick Edmond,   7 Wellstone Lane,   Apartment 303,   Asheville, NC 28803-4540

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
db            +E-mail/PDF: edenjoychambliss@yahoo.com Nov 05 2019 18:38:01      Eden Joy Chambliss,  
         7 Wellstone Lane #303,   Apartment 303,   Asheville, NC 28803-4540  
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2019 at the address(es) listed below:  
         Elizabeth Tramm Dechant    on behalf of Creditor    Preferred Auto Credit Exchange, Inc.  
          edechant@roberts-stevens.com, dpooler@roberts-stevens.com  
         John W. Taylor,    johntaylor@johntaylorlaw.com, NC38@ecfcbis.com  
                                                                                                                                     TOTAL: 2

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Eden Joy Chambliss | Social Security number or ITIN   xxx–xx–5379 |
| | First Name   Middle Name   Last Name | EIN   47–1396809, 47–1987543, 83–3989152, 83–0728013 |
| Debtor 2 (Spouse, if filing) | Sean Patrick Edmond | Social Security number or ITIN   xxx–xx–2232 |
| | First Name   Middle Name   Last Name | EIN:   83–0728013 |

United States Bankruptcy Court   Western District of North Carolina

Case number:   19–10237

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- John W. Taylor is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 7 case of the above named debtor is closed.
- Trustee's Final Report is Approved.

Dated: November 5, 2019
BY THE COURT


George R. Hodges

United States Bankruptcy Judge


Electronically filed and signed (11/5/19)